STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30212
Lansing, Michigan 48909

**BILL SCHUETTE**
ATTORNEY GENERAL

April 10, 2015

Deborah S. Hunt, Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S.Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

    Re:    *Erard v. Johnson*, No. 14-1873

To the Clerk:

Attorney for the appellee (Michigan Secretary of State Ruth Johnson) would like to inform the Court of dates for which she would have a conflict for oral argument.

The following dates are ones for which she is unavailable:

July 2 – July 13, 2015

If there are any questions, please do not hesitate to contact me.

                          Sincerely yours,

                          s/Ann M. Sherman

                          Ann M. Sherman
                          Assistant Solicitor General

cc:  Matt Erard