No. 14-1873

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MATT ERARD,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>MICHIGAN SECRETARY OF STATE RUTH JOHNSON,<br><br>    Defendant-Appellee. | )<br>)<br>)<br>)<br>)    **FILED**<br>)    Aug 12, 2015<br>)  DEBORAH S. HUNT, Clerk<br>)<br>)<br>)<br>)    O R D E R<br>)<br>)<br>)<br>)<br>)<br>) |

**BEFORE:**  COLE, Chief Judge; GILMAN and SUTTON, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**